United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3773MN

Katheryn Lynn Critzer,         *
                                   *

       Plaintiff-Appellant,     *
                                   *

    v.                        *
                                   *

Blue Earth County Housing and    *    Appeal from the United States
Redevelopment; HRA; Public Housing;  *    District Court for the District
City of Mankato; Mary Barrett;     *    of Minnesota.
Roxanne Johnson; Elmo Dodd,      *
                                   *      [UNPUBLISHED]

       Defendants-Appellees,    *
                                   *

United States Department of Housing  *
and Urban Development,        *
                                   *

       Defendant.          *

_____

Submitted: May 11, 1998
Filed: May 21, 1998
_____

Before RICHARD S. ARNOLD, JOHN R. GIBSON, and FAGG, Circuit Judges.
_____

PER CURIAM.

     Katheryn Lynn Critzer appeals the district court's grant of summary judgment to a public housing authority and others in her lawsuit for discrimination based on disability. Having considered the record and the parties' submissions, we conclude the

district court correctly granted summary judgment for the reasons given in its memorandum opinion and order. We thus affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.